Before STATE INDUSTRIAL BOARD, Respondent. HARRY HANSEN, Appellant, v. AMERICAN BANK NOTE COMPANY and Another, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. ALBERT HEIM, Respondent, v. MEYERS ∘ LUMBER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. NINA F. HARMON, Respondent, v. SCHULTE, INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the finding that infection entered through a wound caused by the accident, with the result that encephalitis lethargica ensued, is wholly unsupported by the evidence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN JUDGE, Respondent, v. DOWNEY ENGINE BUILDING Co., INC., and Another, Appellants.— Award reversed, and matter remitted to the State Industrial Board, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JULIUS JOHNSON, Respondent, v. NEW YORK HARBOR DRY DOCK COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there was no evidence of total disability from October 4, 1923, until November 3, 1923, the period covered by the award in question, nor of a proper effort by the claimant to find work within that period. All concur.

KINGSTON DRY DOCK AND CONSTRUCTION COMPANY, Appellant, v. EDWARD THURSTON, Respondent.— Motion granted, with ten dollars costs, unless, within thirty days, appellant perfects its appeal and pays said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. MAX KESSLER, Respondent, v. ELMIRA, CORNING AND WAVERLY RAILWAY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LENA KOSOVER, Respondent, v. MORRIS SIMIANSKY and Another, Appellants.— Dependency award unanimously affirmed. Disability award reversed and claim therefor remitted to the State Industrial Board on the ground that there is no finding as to disability during the period of the award. All concur.

BENJAMIN LISTIZKY, Respondent, v. PINCUS COHEN and Others, Appellants.— Motion granted, with ten dollars costs, unless, within sixty days, appellants perfect their appeal and pay said costs, in which event motion is denied.

J. HENRY LUDLUM and Four Other Plaintiffs in Separate Actions, Respondents, v. HENRY WAGNER, as President of the FAT MELTING AND CALF SKIN ASSOCIATION, an Unincorporated Association of More than Seven Members, Appellant.— Decision amended so as to read as follows: Judgments reversed on the law and new trials granted, with one bill of costs to the appellants to be equitably adjusted against the plaintiffs in the final judgments. Opinion by Van Kirk, J. [Reported in 212 App. Div. 779.] All concur.

Before STATE INDUSTRIAL BOARD, Respondent. LAZARUS LEVY, Respondent, v. H. M. STORMS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUISE LEDERMAN, Respond-